UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | **ORDER** |
| v. : | |
| : | |
| DONALD M. HART : | Crim. No. 06-305 (JLL) |

This matter having been opened to the Court upon the application of Defendant Donald M. Hart ("Defendant"), seeking early termination of the five-year term of supervised release imposed in connection with Defendant's sentence after his conviction on a single-count Indictment, Crim. No. 97-128; and the Court having considered the letter response filed by the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey (André M. Espinosa, Assistant U.S. Attorney, appearing), and the Court having considered the factors set forth in section 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), as required under 18 U.S.C. § 3583(e), and the Court having concluded that early termination of Defendant's supervised release is not warranted by Defendant's conduct nor in the interest of justice; and for good cause shown,

IT IS on this 18th day of March, 2010

**ORDERED** that, Defendant's letter request seeking early termination of his five-year term of supervised release shall be and hereby is **DENIED**; and it is further,

**ORDERED** that, Defendant shall continue compliance with all requirements imposed as conditions of Defendant's supervised release.

_____
HONORABLE JOSE L. LINARES
United States District Judge